## Miller, Appellant, *v.* Hawkins.

Argued September 30, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

reargument refused July 5, 1967.

*John W. English,* with him *John A. Bowler,* and *English, Gilson, Bowler, Shamp & Levin,* for appellants.

*Murray R. Garber,* for appellees.

OPINION PER CURIAM, May 24, 1967:
Decree affirmed. Costs to be borne by appellants.
Mr. Justice ROBERTS dissents.
Mr. Justice COHEN took no part in the consideration or decision of this case.